

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.     10-CV-1528-WYD
Criminal Action No.  03-CR-0249-WYD

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

MICHAEL KEBLES,

    Defendant-Movant.

---

### MOVANT'S NOTICE OF CHANGE OF ADDRESS

---

The Movant *pro se*, Michael Kebles, hereby files this Notice of Change of Address, and as grounds therefor, states as follows:

1. Movant's new address is: **5805 West 51st Avenue, Denver, Colorado 80212.**

2. This change of address is effective immediately.

3. This Notice is being provided to the attorney for the Respondent, Mr. Michael Conrad Johnson, Assistant U.S. Attorney.

Respectfully submitted on this twentieth day of August, 2012.


_____
Michael Kebles
Movant *pro se*
5805 West 51st Avenue
Denver, Colorado 80212

## CERTIFICATE OF SERVICE

I do hereby certify that I have served the foregoing **Movant's Notice of Change of Address** upon the Plaintiff-Respondent, the United States of America, by depositing a true, correct, and accurate copy thereof into the United States mail, first-class postage prepaid, and addressed to the Plaintiff-Respondent's attorney at the following address:

>  Mr. Michael Conrad Johnson
>  Assistant U.S. Attorney
>  1225 Seventeenth Street, Suite 700
>  Seventeenth Street Plaza
>  Denver, Colorado 80202

on this twentieth day of August, 2012

Michael Kebles
Movant *pro se*
5805 West 51st Avenue
Denver, Colorado 80212.