IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01528-WYD
Criminal Action No. 03-cr-00249-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. MICHAEL KEBLES,

 Movant.
_____

## JUDGMENT
_____

 Pursuant to and in accordance with the Order entered by the Honorable Wiley Y. Daniel on November 6, 2012 [ECF No. 474] the following Judgment is hereby entered:

 It is ORDERED that the plaintiff's motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct sentence, filed June 28, 2010 [No. 451] is DENIED.

 It is FURTHER ORDERED that the instant civil action is dismissed.

 Dated at Denver, Colorado this   7th   day of November, 2012.

             FOR THE COURT:

             JEFFREY P. COLWELL, CLERK

             By:  s/ Edward P. Butler
                Edward P. Butler, Deputy Clerk